**Ohio Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**

Primary Reg. Dist. No. 4400
Registrar's No. 4400-2022000133
State File No. 2022042584

## DECEDENT

**1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any):** ADAM NEIL PATTON
**2. Sex:** MALE
**3. Date of Death (Mo/Day/Year):** APRIL 06, 2022
**4. Social Security Number:** [REDACTED]-5770
**5a. Age (Years):** 33
**6. Date of Birth (Mo/Day/Year):** [REDACTED] 1988
**7. Birthplace (City and State or Foreign Country):** BECKLEY, WEST VIRGINIA
**8a. Residence State:** OHIO
**8b. County:** LAWRENCE
**8c. City or Town:** SOUTH POINT
**8d. Street Address and Zip Code:** 426 4TH STREET WEST Apt. J2 45680
**9. Ever in US Armed Forces?:** NO
**10. Marital Status at Time of Death:** NEVER MARRIED
**11. Surviving Spouse's Name:** 
**12. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** RODNEY PATTON
**16. Mother's Name (prior to first marriage):** MELANIE SULLIVAN
**17a. Informant's Name:** MELANIE SALLIE
**17b. Relationship to Decedent:** MOTHER
**17c. Mailing Address:** P.O. BOX 773, SOPHIA, WEST VIRGINIA 25921
**18a. Place of Death:** DECEDENT'S HOME
**18b. Facility Name (If not Institution, give street & number):** 426 4TH STREET WEST, APT. NO. J2
**18c. City or Town, State and Zip Code:** SOUTH POINT, OH 45680
**18d. County of Death:** LAWRENCE

## DISPOSITION

**19. Funeral Service Licensee or Other Agent:** BETH A WALLACE
**20. License Number (of licensee):** 009221
**21. Name and Complete Address of Funeral Facility:** WALLACE FAMILY FUNERAL HOME, 802 SOLIDA RD, SOUTH POINT, OH 45680
**22. Method and Place of Disposition:** CREMATION - TRI-STATE CREMATORY, ASHLAND, KY
**23. Local Registrar:** MARY DAVIS
**24. Date Filed (Month/Day/Year):** APRIL 11, 2022

## CERTIFIER

**26a. Certifier (Check only one):** [X] Coroner or Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
**26b. Time of Death:** 16:50 HOURS
**26c. Date Pronounced Dead (Month/Day/Year):** APRIL 06, 2022
**26d. Was Case Referred to Medical Examiner or Coroner?:** YES
**26e. Certifier Name and Title:** BENJAMIN M. MACK, MD
**26f. License number:** 35.096234
**26g. Date Signed (Month/Day/Year):** APRIL 11, 2022
**27. Name and Address of Person who Completed Cause of Death:** BENJAMIN M. MACK, 111 S. 4TH ST, IRONTON, OH 45638

## CAUSE OF DEATH

**28. Part I.**
a. **Immediate Cause:** MULTIPLE DRUG INTOXICATION — **Approximate Interval:** HOURS
b. **Due to (or as Consequence of):** FENTANYL, HEROIN, COCAINE, MORPHINE, QUETIAPINE — HOURS
c. Due to (or as Consequence of):
d. Due to (or as Consequence of):

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

**29a. Was An Autopsy Performed?:** NO
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?:** NOT APPLICABLE